UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.    CR-06-6047-WFN-1 |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | ORDER |
| | ) | |
| BENITO MARCIAL-GONZALEZ, | ) | |
| Defendant. | ) | |
| ―――――――――――――――――― | ) | |

A first pretrial conference and motion hearing was held November 21, 2006.  The Defendant, who is in custody, was present and represented by Alex Hernandez and assisted by Court-appointed interpreter Levi Enriquez; Assistant United States Attorney Pamela Byerly represented the Government.

The Court addressed Defendant's Motion to Dismiss (Ct. Rec. 15).  The Court has reviewed the file and Defendant's Motion to Dismiss and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court.  Accordingly,

**IT IS ORDERED** that:

1.    An additional pretrial conference and motion hearing shall be held **December 7, 2006, at 10:15  a.m., in Yakima,** Washington.

2.    Defendant's Motion to Dismiss, filed November 3, 2006, **Ct. Rec. 15**, is **DENIED**.

3.    All time from the filing of Defendant's Motion to Dismiss on November 3, 2006, to the date of the hearing on November 21, 2006 is **EXCLUDED** for speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(1)(F).

ORDER - 1

1    The District Court Executive is directed to file this Order and provide copies to

2    counsel.

3        **DATED** this 21st day of November, 2006.

4

5                                        s/ Wm. Fremming Nielsen

6    11-21                              WM. FREMMING NIELSEN
                                        SENIOR UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2